No. D-1999. IN RE DISBARMENT OF CAMPOS QUIROZ. Disbarment entered. [For earlier order herein, see *ante*, p. 926.]

No. D-2001. IN RE DISBARMENT OF LALIME. Disbarment entered. [For earlier order herein, see *ante*, p. 926.]

No. D-2002. IN RE DISBARMENT OF GIFIS. Steven H. Gifis, of Pennington, N. J., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on November 2, 1998 [*ante*, p. 957], is discharged.

No. D-2020. IN RE DISBARMENT OF FITSOS. John Fitsos, of Sacramento, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 97-843. DAVIS, AS NEXT FRIEND OF LASHONDA D. *v.* MONROE COUNTY BOARD OF EDUCATION ET AL. C. A. 11th Cir. [Certiorari granted, 524 U. S. 980.] Motion of American Civil Liberties Union et al. for leave to file a brief as *amici curiae* granted. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 97-1732. CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM ET AL. *v.* FELZEN ET AL. C. A. 7th Cir. [Certiorari granted, 524 U. S. 980.] Motion of Public Citizen, Inc., et al. for leave to file a brief as *amici curiae* granted. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. JUSTICE O'CONNOR took no part in the consideration or decision of these motions.

No. 97-2000. AMERICAN MANUFACTURERS MUTUAL INSURANCE CO. ET AL. *v.* SULLIVAN ET AL. C. A. 3d Cir. [Certiorari granted, 524 U. S. 981.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 98-84. NATIONAL COLLEGIATE ATHLETIC ASSN. *v.* SMITH. C. A. 3d Cir. [Certiorari granted, 524 U. S. 982.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.